SO ORDERED: May 9, 2019.



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SDISMISS (rev 06/2014)

In re:

**William Francis Swingle Jr.**,
**Patricia Swingle**,
    Debtors.

Case No. **17–70169–BHL–13**

## ORDER DISMISSING CASE

An Order of the Court, dated March 29, 2019, required the debtors to pay $1,800.00 by March 31, 2019. The Court, after reviewing this case, finds that the debtors failed to comply with the Order.

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the trustee is discharged from any duty as trustee in this case.

To obtain relief from the dismissal order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Any missing document from the time of dismissal or a Motion for Extension of Time must be filed with the motion, or the motion will be denied. If this case has been dismissed for failure to pay a filing fee or an installment fee, the remaining balance of the filing fee must be paid with the filing of the motion. Unpaid filing fees are still due and payable even though a case has been dismissed. Cases are generally closed **30 days** after dismissal.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

The Clerk's Office will distribute this order.

###